# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**v.**                   **CASE NO. 4:18-CR-00466-BSM**

**PATRICIA KENNON**
**ORTEZ WILLIAMS**                                      **DEFENDANTS**

## ORDER

The government's motions to dismiss the indictment against Patricia Kennon and Ortez Williams [Doc. Nos. 734, 735] are granted. The indictment against Kennon and Williams is dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 6th day of August, 2021.

 

                                                         */s/ Brian S. Miller*
                                                    UNITED STATES DISTRICT JUDGE